(No. 1954—

Joe Hesler, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed March 6, 1933.*

J. E. Carr, for claimant.

Otto Kerner, Attorney General, for respondent.

Mr. Justice Thomas delivered the opinion of the court:

J. E. Carr, attorney of record for claimant, comes and files his written motion and moves the court to dismiss the above claim without prejudice.

The motion is granted and case dismissed without prejudice.